## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

PENSION BENEFIT GUARANTY CORPORATION )
1200 K Street, NW )
Washington, DC 20005 )
  )
                   Plaintiff, )
  )
v. )
  )
  )
CMG VENDING ENTERPRISES, INC. )
D/B/A CMG VENDING, INC. )
as Plan Administrator for the )
CMG Vending, Inc. Pension Trust )
2614 Summit Ave. )
Union City, NJ 07087-2319 )
  )
                 Defendant. )

**CLOSED**

Case No.: 2:21-CV-01091-KM-ESK

## <u>JUDGMENT BY DEFAULT</u>

The court has reviewed the Pension Benefit Guaranty Corporation's Motion for Judgment by Default against CMG Vending Enterprises, Inc. D/B/A/ CMG Vending, Inc. ("CMG"), the Memorandum of Law and Declaration in support thereof, and the court having entered an Entry of Default with respect to CMG, and good cause having been shown therefor, it is, by the court,

ORDERED: that a judgment by default is entered in favor of the Pension Benefit Guaranty Corporation under Fed. R. Civ. P. 55(b)(2); and it is

FURTHER ORDERED: that the CMG Vending, Inc. Pension Trust (the "Pension Plan") is terminated under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED: that the Pension Benefit Guaranty Corporation is appointed as statutory trustee of the Pension Plan under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED: that September 30, 2020, is established as the termination date of the Pension Plan under 29 U.S.C. § 1348; and it is

FURTHER ORDERED: that CMG and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan shall transfer, convey, and deliver all such records, assets, and property to the Pension Benefit Guaranty Corporation.

FUTHER ORDERED: The Clerk shall close the file.


Date:  June 1, 2021

/s/ Kevin McNulty
HON. KEVIN MCNULTY
United States District Judge